UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| QUINCY PRICE | CIVIL DOCKET NO. 2:24-CV-00425 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE LEBLANC |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION (the "R&R") of the Magistrate Judge previously filed herein [Doc. 12], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that Plaintiff's MOTION TO REMAND [Doc. 7] be DENIED.

IT IS FURTHER ORDERED that because Plaintiff originally filed this matter in state court, he is not required to comply with the form requirements of this Court and, accordingly, this Court's April 5, 2024, ORDER [Doc. 6] be VACATED and Plaintiff's MOTION TO STAY ORDER TO SUBMIT COMPLAINT ON APPROVED FORMS PENDING RULING ON MOTION TO REMAND [Doc. 11] be DENIED as MOOT.

IT IS FURTHER ORDERED that defendants be required to respond to Plaintiff's MOTION FOR PRELIMINARY INJUNCTION [Doc. 1] within twenty-one (21) days.

THUS DONE AND SIGNED in Chambers this 3rd day of December, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE