UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| QUINCY PRICE | DOCKET NO. 2:24-CV-00425 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE THOMAS P. LEBLANC |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION (the "R&R") of the Magistrate Judge previously filed herein [Doc. 19], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that the instant COMPLAINT [Doc. 1] be DISMISSED in accordance with the provisions of Local Rule (LR) 41.3W.

THUS DONE AND SIGNED in Chambers this 7th day of February 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE